**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ALEJANDRO ESPINOZA,<br><br>                    Plaintiff,<br><br>          v.<br><br>ZEPEDA, et al.,<br><br>                    Defendants. | No. 1:24-cv-00206 JLT FRS (BAM) (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS REGARDING DISMISSAL OF CERTAIN CLAIMS AND DEFENDANTS<br><br>(Doc. 15) |

Alejandro Espinoza is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. On February 3, 2026, the assigned magistrate judge screened the complaint and found Plaintiff stated cognizable claims against: (1) Defendant Zepeda for placing an ICE hold on Plaintiff, resulting in his removal from the Fire Camp Program, in violation of the Equal Protection Clause of the Fourteenth Amendment; and (2) Defendant CDCR for removing Plaintiff from the Fire Camp Program in violation of the Americans with Disabilities Act and the Rehabilitation Act, but failed to state any other cognizable claims for relief against any other defendant. (Doc. 12.) The Court ordered Plaintiff to either file an amended complaint or notify the Court of his willingness to proceed only on the cognizable claims identified by the Court. (*Id.*) On February 19, 2026, Plaintiff filed a notice indicating his willingness to proceed on the cognizable claims. (Doc. 13.)

On February 23, 2026, the magistrate judge issued findings and recommendations that this

1

action proceed on the claims previously identified as cognizable and that all other claims and defendants be dismissed. (*Id.*) The Court served the findings and recommendations on Plaintiff and notified him that any objections were due in 14 days. (*Id.*) On March 5, 2026, Plaintiff filed a document titled "Objections to Magistrate Judge's Findings and Recommendations," but which notifies the Court that Plaintiff does not object to the findings and recommendations. (Doc. 16.)

According to 28 U.S.C. § 636(b)(1)(C), this Court has conducted a *de novo* review of this case. Having carefully reviewed the entire file, the Court concludes the findings and recommendations are supported by the record and by proper analysis. Thus, the Court **ORDERS**:

1.  The findings and recommendations issued on February 23, 2026, (Doc. 15), are **ADOPTED IN FULL**.

2.  This action shall proceed on Plaintiff's complaint, filed February 15, 2024, (Doc. 1), only against:

    a.  Defendant Zepeda for placing an ICE hold on Plaintiff, resulting in his removal from the Fire Camp Program, in violation of the Equal Protection Clause of the Fourteenth Amendment; and

    b.  Defendant CDCR for removing Plaintiff from the Fire Camp Program in violation of the Americans with Disabilities Act and the Rehabilitation Act.

3.  All other claims and defendants are dismissed from this action for failure to state claims upon which relief may be granted.

4.  This action is referred to the Magistrate Judge for proceedings consistent with this order.

IT IS SO ORDERED.

Dated:   **March 9, 2026**

UNITED STATES DISTRICT JUDGE